IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPIRE GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 2:24-CV-971-KJM-JDP<br><br>**ORDER** |

Pursuant to the parties' joint stipulation and finding good cause, the initial scheduling conference set for August 8, 2024, is vacated and continued to October 24, 2024, at 2:30 PM with the filing of a Joint Status Report due fourteen days prior. The October hearing will proceed by video conferencing through the *Zoom* application. The Courtroom Deputy will provide counsel with the hearing access information no less than twenty-four hours before the hearing.

IT IS SO ORDERED.

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE